HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSE MANUEL GARCIA-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00079 SKO |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION IN LIMINE DUE DATE AND ORDER THEREON** |
| vs. | |
| JOSE MANUEL GARCIA-GONZALEZ, | Date: November 12, 2013 |
| | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that motions in limine in the above-captioned matter now set to be filed on October 28, 2013, may be reset to November 12, 2013.

This continuance is requested by both parties because they are currently engaged in on-going plea negotiations to resolve the case which may make the filing of motions in limine unnecessary. **It is requested that the motions shall be filed by November 12, 2013 and responses shall be filed by November 18, 2013.** The jury trial is set for December 17, 2013 and the pre-trial conference is set for December 2, 2013.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 25, 2013          By:     /s/ Mia A. Giacomazzi
                                         MIA A. GIACOMAZZI
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 25, 2013          By:     /s/ Andras Farkas
                                         ANDRAS FARKAS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JOSE MANUEL GARCIA-GONZALEZ


**O R D E R**

IT IS SO ORDERED.

Dated:   October 29, 2013          _____
                                   SENIOR DISTRICT JUDGE